# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

IRA HAROLD WEXLER,

      Plaintiff,

v.                                    Case No. 1:17cv292-MW/GRJ

STATE OF FLORIDA, et al.,

      Defendants.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** as duplicative. Plaintiff's claims shall proceed under Case No. 1:17cv284-MW/CAS. Plaintiff must amend his Complaint in Case No. 1:17cv284MW/CAS and his motion for leave to proceed as a pauper by December 18, 2017. All pending

1

motions are **DENIED as moot**." The Clerk shall close the file.

**SO ORDERED on January 11, 2018.**

**s/Mark E. Walker           ____**
**United States District Judge**
